Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Lou K. Coleman

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU K. COLEMAN,<br><br>  Plaintiff,<br><br> vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>  Defendant | Case No.: 5:14-CV-00680 SH<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $2,300.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $15.57 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: January 06, 2015

_____
THE HONORABLE STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE